PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIBEL CASTELLANOS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:23-cv-2090 DB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: *May 8, 2024*                    PEÑA & BROMBERG, PLC

                                              By:    */s/ Caspar Chan for Jonathan Pena*\*
                                              JONATHAN PENA
                                              *\*Authorized by email on May 8, 2024*
                                              Attorneys for Plaintiff

Date: *May 8, 2024*                    PHILIP A. TALBERT
                                              United States Attorney
                                              Eastern District of California

                                              By:    */s/ Caspar Chan*
                                              CASPAR CHAN
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: May 8, 2024              /s/ DEBORAH BARNES
                                      UNITED STATES MAGISTRATE JUDGE