UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL CASTELLANOS,<br><br>      Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | No. 2:23-cv-2090 SCR<br><br><br><br>ORDER |

Based upon the Parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, ECF No. 20, IT IS ORDERED that fees and expenses in the amount of FIVE THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($5,100.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

      IT IS SO ORDERED.

DATED: September 23, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE